UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE HUGHES, individually and on behalf of all other persons similarly situated who were employed by JACARANDA CLUB, LLC d/b/a SAPPHIRE NEW YORK; JACARANDA HOLDINGS, LLC; and/or any other entities affiliated with or controlled by JACARANDA CLUB, LLC or JACARANDA HOLDINGS, LLC,<br>Plaintiffs,<br><br>- against --<br><br>JACARANDA CLUB, LLC d/b/a SAPPHIRE NEW YORK; JACARANDA HOLDINGS, LLC; and/or any other entities affiliated with or controlled by JACARANDA CLUB, LLC or JACARANDA HOLDINGS, LLC; DAVID MICHAEL TALLA; JEFFREY WASSERMAN; and GLEN PETER BERNARDI,<br>Defendants. | Index No.: 09-CV-10571<br><br>STIPULATION OF DISCONTINUANCE |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/10

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties, that whereas no person to this action is an infant or incompetent person for whom a committee has been appointed, the above captioned matter is hereby discontinued with prejudice and without costs to any party against the other.

A facsimile or electronically transmitted copy of this Stipulation shall be deemed an original for filing purposes, and may be executed in counterparts.

Dated: New York, New York
August 2, 2010

VIRGINIA & AMBINDER, LLP

By: Lloyd R. Ambinder, Esq.
    LaDonna M. Lusher, Esq.
    Attorneys for Plaintiff
    111 Broadway, Suite 1403
    New York, New York 10006

MEISTER SEELIG & FEIN, LLP

By: Jeffrey A. Kimmel, Esq.
    Jeanette R. Blair, Esq.
    Attorneys for Defendants
    140 E. 45th Street, 19th Floor
    New York, NY 10017

LEEDS MORELLI & BROWN, P.C.

By: Jeffrey K. Brown, Esq.
Attorneys for Plaintiff
One Old Country Road, Suite 347
Carle Place, New York 11514
Tel: (516) 873-9550

SO ORDERED:

Richard J. Sullivan
United States District Judge

In light of the parties' representations to the Court at the status conference on July 19, 2010, the Court determined that the settlement represents a fair resolution of Plaintiffs' claims.